1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-7169

7

Attorneys for Defendants

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | HONG LI,                                       )
                                                   )
13 |           Plaintiff,                          )   No. C 06-3738 JW
                                                   )
14 |    v.                                         )
                                                   )
15 | MICHAEL CHERTOFF, Secretary of the            )   **STIPULATION TO DISMISS AND**
     Department of Homeland Security;              )   **[PROPOSED] ORDER**
16 | EMILIO T. GONZALEZ, Director, U.S.            )
     Citizenship and Immigration Services;        )
17 | FRANCIS D. SICILIANO, Officer-in-Charge,      )
     San Jose Sub Office, U.S. Citizenship and     )
18 | Immigration Services;                         )
     ROBERT S. MUELLER, Director of Federal       )
19 | Bureau of Investigation,                      )
                                                   )
20 |           Defendants.                         )
                                                   )
21

22 |     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 | adjudicate such application within 30 days of the dismissal of this action.

27 |     Each of the parties shall bear their own costs and fees.

28

Stipulation to Dismiss
C 06-3738 JW

| | | |
|---|---|---|
| 1 | Date: July 20, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July 20, 2006

/s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 26, 2006

JAMES WARE
United States District Judge

Stipulation to Dismiss
C 06-3738 JW